**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**EASTERN DIVISION**

| | |
|---|---|
| **JAMES W. ROSS,** | ) |
| Plaintiff, | ) Case No. EDCV 07-04500 AJW |
| v. | ) **J U D G M E N T** |
| **MICHAEL J. ASTRUE,** **Commissioner of the Social Security Administration,** | ) |
| Defendant. | ) |

**IT IS ADJUDGED** that the Commissioner's decision is **reversed**, and this case is **remanded** to the Commissioner for further administrative proceedings consistent with the memorandum of decision filed concurrently herewith.

DATED: June 9, 2008

/s/ ANDREW J. WISTRICH
ANDREW J. WISTRICH
United States Magistrate Judge